UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA EX REL. ALON AHARON, ET AL.,<br><br>                      Plaintiffs,<br>        v.<br><br>NUVANCE HEALTH, INC., ET AL.,<br><br>                      Defendants. | No. 24-CV-524 (KMK)<br><br>ORDER |

KENNETH M. KARAS, District Judge:

      Defendants' application to stay discovery pending resolution of Defendants' pending Motion to Dismiss is denied. *See Republic of Turkey v. Christie's, Inc.*, 316 F. Supp. 3d 675 (S.D.N.Y. 2018) (denying plaintiff's stay of discovery pending plaintiff's motion to dismiss, where plaintiff failed to show good cause for the stay); *see also Nielsen Co. (US) LLC v. TVSquared LTD*, No. 23-CV-1581, 2023 WL 4363005, at *1 (S.D.N.Y. July 6, 2023) (same); *RBG Mgmt. Corp. v. Vill. Super Mkt., Inc.*, No. 22-CV-7996, 2023 WL 1996920, at *2 (S.D.N.Y. Jan. 24, 2023) ("[T]he filing of a motion to dismiss does not itself constitute 'good cause,' and courts have considerable discretion in determining whether a stay is warranted.").

      The Parties are directed to file a case management plan by March 12, 2024.

SO ORDERED.

DATED:    March 6, 2024
                White Plains, New York

                                                      KENNETH M. KARAS
                                                      UNITED STATES DISTRICT JUDGE