# ALSTON & BIRD

90 Park Avenue
New York, NY 10016
212-210-9400 | Fax: 212-210-9444

Jenny Kramer                    Direct Dial: 212-210-9420                    Email: jenny.kramer@alston.com

May 11, 2026

Hon. Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10604-4150

Re:    *United States of America, ex rel. Aharon et al. v. Nuvance Health, et al.*, **Case No.
7:24-cv-00524-KMK**

The parties jointly request a stay of the Court's ruling on Defendants' Motion for Summary Judgment (ECF No. 93) (the "Motion") until June 15, 2026. The United States supports the parties' requested stay.

This False Claims Act case relates to alleged non-compliance with the joint participation requirement in the Centers for Medicare & Medicaid Services ("CMS") national coverage determination for transcatheter aortic valve replacement procedures (the "TAVR NCD"). On December 15, 2025, CMS announced that it received a complete, formal request to initiate a reconsideration of the TAVR NCD. In response, CMS initiated a National Coverage Analysis and solicited public comments and is expected to announce a Proposed Decision Memo on June 15, 2026. CMS will then solicit public comments on the Proposed Decision Memo and is expected to complete the National Coverage Analysis process by September 13, 2026. Information regarding CMS's National Coverage Analysis is available at https://www.cms.gov/medicare-coverage-database/view/ncacal-tracking-sheet.aspx?ncaid=321.

The parties may disagree about whether and how CMS's decision to modify or leave in place the TAVR NCD will impact any issue in the litigation, but agree that a brief stay will allow the parties to evaluate their positions and, if necessary, seek supplemental briefing to provide their positions to the Court. In light of this development, the parties jointly and respectfully request that the Court stay its ruling on the Motion until CMS issues its proposed decision expected next month.

Indeed, a brief stay would promote judicial economy by allowing the Court to have the benefit of CMS's proposed decision before ruling on the Motion and would give the parties an opportunity to request, if appropriate, supplemental briefing addressing the Proposed Decision Memo. The parties believe that a short stay—of approximately five weeks—is reasonable and would avoid the complexities of post-decision briefing on this issue. The parties also propose

Alston & Bird LLP                                                                                    www.alston.com

Atlanta | Beijing | Brussels | Charlotte | Dallas | Fort Worth | London | Los Angeles | New York | Raleigh | San Francisco | Silicon Valley | Washington, D.C.

May 11, 2026
Page 2

submitting a joint status letter advising the Court within seven days of CMS's Proposed Decision Memo.

We are available at the Court's convenience to address any questions regarding this request.

Granted, on the condition that the
Parties provide a status report within
24 hours of the CMS Decision.

So Ordered
5/11/26

Respectfully submitted,

*s/ Jenny Kramer*

Jenny Kramer
Alston & Bird
Counsel for Defendants

*s/ Kevin J. Minnick*

Kevin J. Minnick
Spertus, Josephs & Minnick, LLP
Counsel for Relators