# ALSTON & BIRD

90 Park Avenue
New York, NY 10016
212-210-9400 | Fax: 212-210-9444

Jenny Kramer Direct Dial: 212-210-9420 Email: jenny.kramer@alston.com

September 14, 2026

Hon. Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10604-4150

**Re:** ***United States of America, ex rel. Aharon et al. v. Nuvance Health, et al.*, Case No. 7:24-cv-00524-KMK**

On May 11, 2026, the Court stayed resolution of Defendants' Motion for Summary Judgment and directed the parties to update the Court within 24 hours of CMS's Proposed Decision concerning reconsideration of the National Coverage Determination for transcatheter aortic valve replacement procedures. ECF No. 120. CMS published its 82-page Proposed Decision Memo on June 15, 2026.[1]

On June 16, July 16, and August 14, 2026, the parties requested 30-day extensions to submit the status report, which the Court granted. ECF Nos. 122, 124, 126. The parties respectfully request that the Court continue to stay resolution of Defendant's Motion for Summary Judgment for an additional 30-days until October 14, 2026, and give the parties until that date to submit a status report. The reason for this requested extension is that the parties have made significant progress towards a potential resolution. This is the parties' fourth request for an extension of the June 16, 2026 deadline. Both parties consent to this request.

We remain available at the Court's convenience to address any questions. Your Honor's courtesies and attention to this matter are greatly appreciated.

Respectfully submitted,

*s/ Jenny Kramer*

Jenny Kramer
Alston & Bird

---

[1] *See* CMS, *TAVR Proposed Decision Memo*, June 15, 2026, https://www.cms.gov/medicare-coverage-database/view/ncacal-decision-memo.aspx?proposed=Y&ncaid=321&.

Counsel for Defendants

Granted.

So Ordered.

9/14/26

*s/ Kevin J. Minnick*

Kevin J. Minnick
Spertus, Josephs & Minnick, LLP
Counsel for Relators